**Denied and Opinion Filed December 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01418-CV

## IN RE JENNIFER CARAWAY, LEE BROOKE, AND AVIDEL MEDICIAL MANAGEMENT, INC., Relators

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-05808-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

In this original proceeding, relators seek a writ of mandamus directing the trial court to vacate orders denying relators' requests for expedited discovery and for protective order and issue orders granting relators' requests for expedited discovery and for protective order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown a clear abuse of discretion. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

181418F.P05